UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-21282-CIV-MORENO**

HUGO ALFARO,

    Plaintiff,

vs.

777 BRICKELL PARTNERS, LLC,

    Defendant.
_____/

## ORDER REMANDING CASE

THIS CAUSE came before the Court upon the plaintiff's Motion to Remand **(D.E. No. 3)**, filed on **April 15, 2013**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. The burden of establishing federal jurisdiction falls on the party who is attempting to invoke the jurisdiction of the federal court. *See McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936). Courts should strictly construe the requirements of 28 U.S.C. §1441 (removal jurisdiction) and remand all cases in which such jurisdiction is doubtful. *See Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 109 (1941). Moreover, removal statutes are construed narrowly, and when the plaintiff and defendant clash on the issue of jurisdiction, uncertainties are resolved in favor of remand. *See Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1095 (11th Cir. 1994).

In this case, the plaintiff in his state court complaint "stipulates and agrees to limit his total

damages, including fees and costs, to less than $75,000 for all claims in this Complaint." D.E. No. 1:3 at ¶ 1. Accordingly, it is

**ADJUDGED** that this Case is **REMANDED** to the Circuit Court for the Eleventh Judicial Circuit in and for Dade County, Florida. The Clerk of the Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of April, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Clerk of the Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida